UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HIDDEN CREEK CONDO ASSOCIATION  * <br> and EDWARD HILL, INDIVIDUALLY and  * <br> as PRESIDENT OF HIDDEN CREEK CONDO  * <br> ASSOCIATION  * <br>     Plaintiffs,  * <br> vs.  * <br>  * <br> AMERICAN NATIONAL PROPERTY  * <br> AND CASUALTY COMPANY  * <br>     Defendant.  * <br>  * | CIVIL ACTION NO. <br> 3:17-cv-01539-BAJ-RLB |

## AFFIDAVIT OF SETTLEMENT EFFORTS

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

BEFORE ME, the undersigned authority, a Notary Public, duly qualified and commissioned in and for the State and Parish aforesaid, personally came and appeared:

**JOSEPH J. AGUDA, JR.**

Who, after being duly sworn, did depose and state as follows:

1. I am counsel of record for American National Property and Casualty Company in the matter entitled, "*Hidden Creek Condo Association and Edward Hill, Individually and as President of Hidden Creek Condo Association v. American National Property and Casualty Company,*" Case No. 3:17-cv-01539 pending in the United States District Court for the Middle District of Louisiana.

2. Upon information and belief, Plaintiff, Edward Hill, is deceased, having passed on or about August 31, 2019.

3. Neither a "suggestion of death" nor a motion to substitute has been filed.

4. Upon information and belief, the subject property was surrendered to the mortgagee of the subject property by Mr. Hill's family, and no proceedings have been opened to address Mr. Hill's estate.

5. The Parties participated in settlement communications, submitting offers and counter offers, between September, 11, 2018 and February 6, 2019, prior to the passing of Plaintiff, Edward Hill.

6. Defendant made an additional offer of settlement to Plaintiffs on December 17, 2020. To date, no response has been received.

7. American National Property and Casualty Company has made good faith offers based on the documents produced by Plaintiffs as well as the sworn testimony in the case.

8. Plaintiff's settlement demands have been produced to American National Property and Casualty Company.

9. A good faith counteroffer has been made to Plaintiffs in response to Plaintiffs' settlement demand based on American National Property and Casualty Company's exhaustive review of the record.

_____
Joseph J. Aguda, Jr.
Counsel for American National Property and Casualty Company

Sworn to and subscribed before me on this
13th day of August, 2021.

_____
Notary Public
My commission is _at death_ .



DEAN BEARD MILANO
NOTARY PUBLIC, NO. 24056
FOR THE ENTIRE STATE OF LOUISIANA
My Commission is for Life.

2

Dated: August 13, 2021.

                                      Respectfully Submitted:

                                      **NIELSEN & TREAS, LLC**

                                      */s/ Joseph J. Aguda, Jr.*
                                      Joseph J. Aguda, Jr.
                                      La. S.B. #27762
                                      3838 N. Causeway Boulevard, Suite 2850
                                      Metairie, Louisiana 70002
                                      P: (504) 837-2500; F: (504) 603-0730
                                      Email: jaguda@nt-lawfirm.com
                                      *Counsel for* American National Property and Casualty Company