UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HIDDEN CREEK CONDO ASSOCIATION and EDWARD HILL, INDIVIDUALLY AND AS PRESIDENT OF HIDDEN CREEK CONDO ASSOCIATION, <br><br> PLAINTIFFS, <br><br> v. <br><br> AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, <br><br> DEFENDANT. | CASE NO. 3:17-cv-01539-BAJ-RLB |

## PLAINTIFFS' COUNSEL'S AFFIDAVIT OF SETTLEMENT EFFORTS

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

 **BEFORE ME**, the undersigned authority, personally duly commissioned and qualified within and for the State and Parish aforesaid, personally came and appeared:

**R. WILLIAM HUYE III,**

Who, after first being duly sworn, represents as follows:

1.

 On November 4, 2020, a letter was sent to Defendant's counsel seeking Defendant's concurrence in requesting a settlement conference with the Court. Defendant declined to join Plaintiffs in this request.

1

2.

On November 13, 2020, Plaintiffs filed "Plaintiffs' Request for Status Conference to Discuss Setting Settlement Conferences." Subsequent to this motion and the Court's Order granting the motion, a Status Conference was held on November 25, 2020. The Court Ordered that substantive settlement negotiations continue until December 31, 2020.

3.

On December 17, 2020, Plaintiffs' counsel received a settlement offer from Defendant's counsel.

4.

Plaintiffs' counsel has been unable to convey Defendant's offer to the Plaintiffs due to the death of Hidden Creek Condo Association's President and resulting difficulty to contact the new president, owners, heirs, or successors.

5.

Due to the inability to contact the new president, owners, heirs, or successors of Hidden Creek Condo Association, settlement discussions between Plaintiffs' counsel and Defendant's counsel are at an impasse.

Further, affiant sayeth not:

R. WILLIAM HUYE III, *Affiant*

SWORN TO AND SUBSCRIBED BEFORE ME THIS 13th DAY OF August, 2021.

JESSIE B. CALLAHAN,
La. Bar #38153
Notary Public, ID#156407
Lifetime Commission



Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: */s/ R. William Huye, III*

| | |
|---|---|
| R. WILLIAM HUYE, III, | La. Bar No. 38282 |
| RAJAN PANDIT, | La. Bar No. 32215 |
| JESSIE B. CALLAHAN, | La. Bar No. 38153 |

Hancock Whitney Center
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: whuye@panditlaw.com

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this ____13th____ day of ____August____, 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ R. William Huye, III*
R. WILLIAM HUYE, III